Case 5:12-cv-03997-EJD   Document 13   Filed 10/17/12   Page 1 of 2

JEFFREY W. KRAMER (SBN 71547)
ANNMARIE MORI (SBN 217835)
TROY GOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441: Facsimile: (310) 201-4746
Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Edward J. Davila
10/17/2012

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL -SONGS OF POLYGRAM INTERNATIONAL, INC.; SID SIM PUBLISHING CO., A DIVISION OF SWALLOW PRODUCTIONS, INC.; FLAT TOWN MUSIC COMPANY, A DIVISION OF SWALLOW PRODUCTIONS, INC.; EMBASSY MUSIC CORPORATION; HIP CITY MUSIC INC.; HIFROST PUBLISHING; CRITED MUSIC, INC., <br><br>Plaintiff(s), <br><br>v. <br><br>MARTINA PALOMARES, individually and d/b/a CABRITOS MEXICAN BISTRO, <br><br>Defendant(s). | CASE NUMBER <br>CV12-03997 EJD <br><br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.
☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.
☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.
☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.
☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).
The Clerk shall close this file.

TROYGOULD PC

October 16, 2012
*Date*

*Signature of Attorney/Party*
AnnMarie Mori
Attorneys for Plaintiffs

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.



# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 16th Floor, Los Angeles, CA 90067-2367.

On October 16, 2012, I served the within document(s) described as:

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

on the interested parties in this action as stated below:

Martina Palomares
72 South First Street
San Jose, CA 95113

Martina Palomares
d/b/a Cabritos Mexican Bistro
72 South First Street
San Jose. CA 95113

David A. Boone, Esq.
Leela V. Menon, Esq.
Law Offices of
David A. Boone
1611 The Alameda
San Jose. CA 95126

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Susan S. Takata
(Type or print name)

(Signature)

239306-1